IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  v.<br><br>JOSHUA W. COLEMAN,<br><br>        Defendant. | Civil Action No. 2:23-cv-459-MRP |

### ORDER

UPON CONSIDERATION of the joint status report of Plaintiff U.S. Securities and Exchange Commission and defendant Joshua W. Coleman filed on June 16, 2023, for good cause shown, it is hereby **ORDERED** that the parties shall file a status report regarding a potential motion for monetary remedies and the entry of a final judgment on or before Friday, **August 25, 2023**.

Dated: August 15, 2023

BY THE COURT:

/s/ Mia Roberts Perez

The Honorable Mia Roberts Perez
United States District Judge