IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>     v.<br><br>JOSHUA W. COLEMAN,<br><br>                              Defendant. | Civil Action No. 2:23-cv-459-MRP |

### ORDER

UPON CONSIDERATION of the joint status report of plaintiff U.S. Securities and Exchange Commission and defendant Joshua W. Coleman filed on August 25, 2023, for good cause shown, it is hereby **ORDERED** that the parties shall file a status report regarding a potential motion for monetary remedies and the entry of a final judgment no later than 14 days after defendant Joshua W. Coleman's sentencing in *U.S. v. Joshua Coleman*, 2:23-cr-00351-KBH (E.D. Pa.).

Dated: August 28, 2023

The Honorable Mia Roberts Perez
United States District Judge